**Exhibit A to the Complaint**

**Location:** Leander, TX  
**Total Works Infringed:** 34  
**IP Address:** 72.191.70.160  
**ISP:** Spectrum

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 197840F09299F79DDB3203CCABCE89F0A6E49FDC File Hash: A625A749F758CDBE96A20B6AE84D98ACA43CB6F22700B8A55BF913D6B247FAE2 | 03-13-2022 02:15:15 | Tushy | 03-06-2022 | 03-29-2022 | PA0002342854 |
| 2 | Info Hash: 051D34E23334E775BADDB2E6D44B554659B70352 File Hash: B689DD45562F442F3D8F3826A771C9E400070FE767ACB08881AEB0460CFDFE34 | 02-26-2022 07:55:00 | Tushy | 02-20-2022 | 03-29-2022 | PA0002342839 |
| 3 | Info Hash: F17FA9345DA758999CEA012A858AB2560CB757CC File Hash: 579567EF50A662D30E811F7AE5CF33DC5E47739CD03292B0CA43764391A86C39 | 02-13-2022 04:05:05 | Tushy | 02-06-2022 | 02-14-2022 | PA0002335460 |
| 4 | Info Hash: 27842D7E00CC8D24A493FF3049B40B2AEE10D706 File Hash: 84A1B441C2320DA7F8BEAD64225734AA8DC8497B19BCD123CA978057D9E88B2F | 12-17-2021 07:04:27 | Tushy | 12-12-2021 | 02-03-2022 | PA0002341808 |
| 5 | Info Hash: BC288BBCF11B4198F45951B0AD71C4CD2DD72599 File Hash: DEEFF186B8623CC88B5AB49F59CA519C4BE31B8EE66DCCE8117C4528597F3349 | 10-24-2021 07:52:39 | Tushy | 06-13-2021 | 06-24-2021 | PA0002303160 |
| 6 | Info Hash: 0DF215071B90361EDE53223DA6C8365674C1C587 File Hash: 660EC871858D3D0CD0A1C76EF1921B2863CBE261FE7D425BF6C9C18A855F0D85 | 10-23-2021 04:44:33 | Tushy | 10-17-2021 | 11-11-2021 | PA0002321294 |
| 7 | Info Hash: 26581F1C2C5B8961E0D47F8DC42376176BE36EB6 File Hash: 7EADE8DD4E360C802003E418490D7E1571C2BE11A2555D0A393FCF5B99033DC0 | 10-16-2021 07:23:56 | Tushy | 09-19-2021 | 10-19-2021 | PA0002317058 |
| 8 | Info Hash: F5A61F75C41CF18BB05502186AA44C750EA76952 File Hash: CD44700DCF4DEE33F525BCAF79DE0736C9B6EA3B6078CCED5A68CF274D3F1477 | 06-01-2021 06:49:15 | Tushy | 05-16-2021 | 06-09-2021 | PA0002295592 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: 87DF0F9A561AFF3A7B6D6B0B2B11B358D45D2954<br>File Hash: FD798F7331D4F46240EEA44B493BF777F171D5B21592FC4C4521B0DA9F1B630D | 06-01-2021 06:23:35 | Tushy | 05-30-2021 | 06-24-2021 | PA0002303168 |
| 10 | Info Hash: 01DC9779F10839F3E7E15A3733D9A68D8DD681F8<br>File Hash: 3292DD950DEEE6FCC61C43AAC4E214FC3AD3851846251A4CD97697AAE73D122D | 05-12-2021 11:19:23 | Tushy | 05-07-2021 | 06-09-2021 | PA0002295578 |
| 11 | Info Hash: E16E29B29C2F4E217139C8FC08554DA1235F9C2B<br>File Hash: 3FF9EE6625AF1BE7F8C2596D3662F6E2FA602074FDA7EEB9040634985BEE348F | 05-03-2021 00:25:24 | Tushy | 05-02-2021 | 06-15-2021 | PA0002296917 |
| 12 | Info Hash: C0DB8C894F0F572154547A0A91F9425B21DF6B3E<br>File Hash: D01A6BB831D3547630CFF5C3885DC4DBDD219406F8B0D0BC61AF47AD38ECECDF | 04-20-2021 05:42:14 | Tushy | 04-18-2021 | 06-03-2021 | PA0002299684 |
| 13 | Info Hash: 3F284E965E19C12AA1540E44763A7A8A3F9A89C6<br>File Hash: CC952DBC33DF0757809924B934051E659A671BFFB5191879E4355258EB8F9871 | 03-25-2021 00:31:15 | Tushy | 03-21-2021 | 04-14-2021 | PA0002286723 |
| 14 | Info Hash: ED594BF4E0EE83EAF472ADFA5571D1A53E112777<br>File Hash: B58A0ACBD368460A79A1C57AAB514E1911355E1A9F5C8F31A71A4769CD599CCC | 02-27-2021 02:12:05 | Tushy | 02-21-2021 | 03-08-2021 | PA0002280370 |
| 15 | Info Hash: 0FF5ED2F4CA543E84F52120E681E6741171A30D6<br>File Hash: 0E2BA748A48C1292E567358347062FDAED830916DF381E14FD07F4C524D0F6E3 | 02-15-2021 04:55:06 | Tushy | 02-14-2021 | 03-08-2021 | PA0002280366 |
| 16 | Info Hash: 224B4F71AD5F0725A6B849E1ECD5919F7675C320<br>File Hash: 49DA103E664BEB0514D29B964EDADAE1BF3C529902CCD883A134E0A045E69EBF | 02-03-2021 22:44:02 | Tushy | 01-31-2021 | 02-09-2021 | PA0002276144 |
| 17 | Info Hash: 490B13D2A90626FCC1C29E50131B1511A92FE73B<br>File Hash: B9FF9B1E10D352BF74AD9A40F4B7D0AF4C565705B2B76B1767B6CC4EF504EF5F | 01-26-2021 15:05:51 | Tushy | 01-24-2021 | 02-26-2021 | PA0002283696 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: D6ED25F7DC1058DA55DC78F33505E44D174C10F3<br>File Hash: 826A7971772567175DEA07B25157699B2320C9782C6B6A70371E65AB76F65B24 | 01-21-2021 06:58:00 | Tushy | 01-17-2021 | 02-09-2021 | PA0002276149 |
| 19 | Info Hash: B0C291550A2C2050F280D396DBE457D0937108FB<br>File Hash: 5CEF078C99E851716B653DF73BB87D0147FCC352CB35872D07D9803B1324A559 | 01-21-2021 06:35:37 | Blacked Raw | 01-18-2021 | 02-09-2021 | PA0002276148 |
| 20 | Info Hash: F3070DD7C505D877A14386DB840FC031F27F638E<br>File Hash: 6BF8FFC9C9CACF56E9504FFAAF703C296EC20939E9360D51F564352CAD6E96EF | 12-17-2020 07:44:06 | Tushy | 12-13-2020 | 12-28-2020 | PA0002269085 |
| 21 | Info Hash: DC5FF34D4C60210A7E31A50DEA1C5005CA462085<br>File Hash: 10227A09710D17B169E853A682617F8CD3D870AB779CC0CA33394064D305C7C3 | 12-12-2020 10:13:32 | Tushy | 12-06-2020 | 12-28-2020 | PA0002269080 |
| 22 | Info Hash: FEA375B2E4AF2936BEC2188E6EF63BE2A708183A<br>File Hash: C5FB0F224670F9761C63A61DC2B178EB1A7044421782B20D40C338D7AFE40778 | 11-30-2020 03:57:51 | Tushy | 11-22-2020 | 11-30-2020 | PA0002266355 |
| 23 | Info Hash: 1917C512DE6E36C7C32CBFEB0B757FE5952ACB61<br>File Hash: 996C4A9793F80E4DA1C157A8755DA5C9877E68B8F1F8C2BD8EC8B8133C634231 | 11-18-2020 03:56:20 | Tushy | 11-15-2020 | 12-09-2020 | PA0002274948 |
| 24 | Info Hash: B934AD3800F706202B4F9917A9A7DDCAB0377DCC<br>File Hash: 8A9B8649122B252014A2C0F28435C470664BD34F41730FC84E9AF80987257E91 | 11-15-2020 08:11:37 | Tushy | 11-08-2020 | 12-09-2020 | PA0002274932 |
| 25 | Info Hash: 1DE23C217918946CD21F6003E50FF3EB46CDB5B9<br>File Hash: F8590FA3E4ABD7EFA760EC831C84F413BC8A3705478DB5BBD17E3D6F601070A6 | 11-08-2020 11:10:47 | Tushy | 11-01-2020 | 11-18-2020 | PA0002272627 |
| 26 | Info Hash: C0D2E91A16A4871CE56744D374F4A9EB30A60F2A<br>File Hash: DEAE5145558A7C0EA0C833B6D78EC20147C98201896D10139A2CA28C1705E2FF | 10-19-2020 14:21:49 | Tushy | 10-18-2020 | 11-05-2020 | PA0002263388 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: 1444BAA411A2A971C09FBD663DEBBCE14D0B5C7C<br>File Hash: A4F89D70E4B9E016BAF099259CAF8E3494C77E875B874C08D7653AD4EA0D3E07 | 09-22-2020 08:48:57 | Tushy | 09-14-2020 | 09-29-2020 | PA0002258682 |
| 28 | Info Hash: 43C98A2FB4ACDB2E0E6A42884FBAF58C2F842AA6<br>File Hash: 90D1603EE951462FBE66338246010AD8FCADABC7B02E0E6B09E0E57F307C564A | 08-09-2020 22:11:51 | Tushy | 08-02-2020 | 08-31-2020 | PA0002265633 |
| 29 | Info Hash: 4C778F55DD3497F661A8E4FBD9122FAAD9C680DD<br>File Hash: BB24BDAD1D6D8827776871617B25E0A4017E8E11C463AD5DD5142ACF50982476 | 07-27-2020 20:56:37 | Tushy | 07-26-2020 | 08-31-2020 | PA0002265634 |
| 30 | Info Hash: 157E9DEC8478CE03D95457C161F12CCFA85E47F8<br>File Hash: 7624F083DC76268911A11B29890B94F9989788EC28B0FD5E57D927D17F24E2B4 | 07-05-2020 12:26:39 | Tushy | 06-28-2020 | 07-17-2020 | PA0002248597 |
| 31 | Info Hash: 047E84F399D0847A181A508E5392E6DE768BCCD5<br>File Hash: 664C552735C8C92811F841ED7B4907F4BDB1680FA08D23DD7EF417F66BBB4197 | 06-25-2020 06:41:43 | Tushy | 06-21-2020 | 08-03-2020 | PA0002259102 |
| 32 | Info Hash: 9CB4C737839612C321A69EC6F312AA0888ACDF02<br>File Hash: 980B93FDB583C5920903A0FCBA52970AC614F7646E3BCB5D2DD2AFC1C6EEC7D0 | 06-15-2020 15:55:52 | Tushy | 05-11-2019 | 07-05-2019 | PA0002206404 |
| 33 | Info Hash: A0B536CF31FAD4BAF33A634178BDEA36CACB336F<br>File Hash: 5053247C1F2740B31F4168D044905271BD86C98D22CE4E13266E0558EEE27B70 | 05-19-2020 18:25:01 | Tushy | 05-17-2020 | 06-16-2020 | PA0002253264 |
| 34 | Info Hash: 559E967BC3BAD27B50785D7F8B772C6314B9C28F<br>File Hash: ECE049193F2278DA085FC144684779B6C29B7159C8F8D7FCFA282CD0DEEA33E3 | 04-24-2020 00:32:54 | Tushy | 04-19-2020 | 05-05-2020 | PA0002249081 |